**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KONSTANTIN RABINOVICH,**<br><br>    Plaintiff,<br><br>    v.<br><br>**PRIME NOW LLC, ET AL.,**<br><br>    Defendant. | Case No.: 4:25-cv-08925-YGR<br><br>**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 28 |

The parties to this action, by and through counsel, have advised the Court that the parties have agreed to settlement. (Dkt. No. 28.)  The settlement includes the claims in two separately filed actions against Defendant Prime Now, LLC.  Pursuant to the parties' settlement agreement, they now seek a stay of the instant action for more time to consolidate the claims of all three actions in an California state action and seek approval of the settlement.

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **October 1, 2027,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: _____

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**